ment. FLORA W. MILLER et al., as Executors of GERTRUDE V. WHITNEY, Deceased, et al.; HORACE R. LAMB, as Executor of CATHLEEN V. AROSTEGNI, Deceased, et al.— Motion for leave to appeal to the Court of Appeals granted. Present — Martin, P. J., Townley, Dore and Cohn, JJ. [See *ante*, p. 820.]

In the Matter of the Application of FLORA W. MILLER et al., as Executors of GERTRUDE V. WHITNEY, Deceased, et al., for the Judicial Settlement of the Account of Proceedings of Said GERTRUDE V. WHITNEY et al., as Executors of ALICE G. VANDERBILT, Deceased, and the Application of Said Executors of the Deceased Executors for an Apportionment of Death Taxes on Property over which the Decedent, ALICE G. VANDERBILT, Exercised a Power of Appointment. FLORA W. MILLER et al., as Executors of GERTRUDE V. WHITNEY, Deceased, et al.; HORACE R. LAMB, as Executor of CATHLEEN V. AROSTEGNI, Deceased, et al.— Motion for leave to appeal to the Court of Appeals granted. Present — Martin, P. J., Townley, Dore and Cohn, JJ. [See *ante*, p. 820.]

OAKDALE CONTRACTING COMPANY, INC., v. CITY OF NEW YORK.— Motion for leave to appeal to the Court of Appeals and for a stay denied, with $10 costs. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ. [See *ante*, p. 771.]

WILLIAM D. SMITH v. UNITED STATES TRUST COMPANY OF NEW YORK.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Martin, P. J., Townley, Glennon and Dore, JJ. [See *ante*, p. 818.]

ETHEL E. MULHOLLAND v. NINA L. WARBURG et al.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with $10 costs. Present — Martin, P. J., Townley, Glennon and Dore, JJ. [See *ante*, p. 819.]

JOSEPH H. THOMPSON, as Ancillary Executor of JACOB RAUERS, Deceased, v. JAMES C. WILLSON.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ. [See *ante*, p. 829.]

ANNIE MILLS et al. v. CITY OF NEW YORK et al.; SOUND REALTY COMPANY et al.— Motion for reargument denied, with $10 costs. Present — Townley, Glennon, Dore and Cohn, JJ. [See *ante*, p. 306.]

ANNIE MILLS et al. v. CITY OF NEW YORK et al.; SOUND REALTY COMPANY et al.— Motion for reargument denied, with $10 costs. Present — Townley, Glennon, Dore and Cohn, JJ. [See *ante*, p. 306.]

In the Matter of FRANCIS J. GREENE against HARRY W. MARSH et al., Constituting the Municipal Civil Service Commission of the City of New York.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with $10 costs. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ. [See *ante*, p. 840.]

KATE TARLOW et al. v. J. E. ARCHBELL et al.; O. H. CHALKLEY et al. and PHILIP MORRIS & CO., LTD., INCORPORATED.— Motion for leave to appeal to the Court of Appeals granted. Settle order on notice. Present — Martin, P. J., Townley, Glennon and Dore, JJ. [See *ante*, p. 837.]

## (October 26, 1945.)

HARRY B. CHAMBERS, as Chairman of the Democratic County Committee of Bronx County, Respondent, *v.* CONSTANTIN WAGNER et al., Defendants, and WALTER A. BARRETT, Appellant.